UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LAWRENCE DREHER, et al., | No.  2:23-cv-02515-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES |
| CENTER FOR EMPLOYMENT OPPORTUNITIES, INC., | |
| Defendant. | (Doc. No. 32) |

On January 29, 2026, the parties stipulated to the remand of this action to the Sacramento County Superior Court, where this action was originally filed.  (Doc. No. 32.)  Accordingly, pursuant to the parties' stipulation and good cause appearing, this action is REMANDED to the Sacramento County Superior Court.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **February 2, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1